IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ASHLEY DOVER,**

   *Petitioner*,

v.                                 Case No.: 4:22cv208-MW/MAF

**ERICA STRONG,**

   *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 9, is **DENIED as moot**. The Clerk shall enter judgment stating, "Petitioner's Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED as moot**." The Clerk shall close the file.

   **SO ORDERED on September 14, 2022.**

                                          *s/Mark E. Walker*
                                          **Chief United States District Judge**

2